

NUMBER 13-20-00427-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI – EDINBURG

IN RE THOMAS PETROLEUM HOLDINGS, LLC, C.L. THOMAS, INC., AND C.L. THOMAS HOLDINGS INVESTMENTS, LLC

On Petition for Writ of Mandamus.

## ORDER

**Before Justices Benavides, Hinojosa, and Tijerina**
**Order Per Curiam**

Relators Thomas Petroleum Holdings, LLC, C.L. Thomas, Inc., and C.L. Thomas Holdings Investments, LLC filed a petition for writ of mandamus in the above cause. By six issues, relators contend that the trial court abused its discretion by ordering them to produce documents protected by the attorney-client privilege. By motion for temporary relief, relators request that we stay the trial court's September 16, 2020 order granting the motion to compel filed by real party in interest Jeffrey Johanson.

The Court, having examined and fully considered the motion for temporary relief, is of the opinion that it should be granted. Accordingly, we GRANT the motion for

temporary relief and ORDER the September 16, 2020 "Amended Order Granting Defendant's Motion to Compel" to be STAYED pending further order of this Court. *See* TEX. R. APP. P. 52.10.

The Court requests that the real party in interest, Johanson, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
19th day of October, 2020.